IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GERALD M. LETT, | : | |
| Plaintiff, | : | |
| vs. | : | CA 21-0478-MU |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | : | |
| Defendant. | : | |

## MEMORANDUM OPINION AND ORDER

This matter is before the Court[1] on the Commissioner of Social Security's unopposed motion to reverse and remand this action pursuant to sentence four of 42 U.S.C. § 405(g), filed April 25, 2022 (*see* Doc. 16).[2] In her motion, the Commissioner of Social Security represents that it is her belief that this case should be remanded for further administrative proceedings. (*Id.*, PageID. 1120). "On remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to: (1) reconsider Plaintiff's impairments at step two of the sequential evaluation [process] and determine if Plaintiff's medically determinable impairment of malignant colon neoplasm was a severe

---

[1]  The parties have consented to the exercise of jurisdiction by the Magistrate Judge, pursuant to 28 U.S.C. § 636(c), for all proceedings in this Court. (Doc. 17 ("In accordance with provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, . . . order the entry of a final judgment, and conduct all post-judgment proceedings."); *see also* Doc. 18 (order of reference)).

[2]  The Commissioner contacted counsel for the Plaintiff and reports that Plaintiff's attorney has no opposition to this motion. (*See id.*, PageID. 1120).

impairment during the period at issue; (2) reconsider whether Plaintiff's impairments meet or equal the Listings, including Listing 13.18, obtaining the opinion of a medical expert if needed; (3) reassess the medical opinion evidence; (4) reconsider Plaintiff's residual functional capacity; (5) if warranted, obtain vocational expert evidence; (6) offer Plaintiff the opportunity for a new hearing; and (7) issue a new decision." (*Id.*).

The plain language of sentence four of 42 U.S.C. § 405(g) empowers this Court "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." The Court therefore **GRANTS** the Defendant's unopposed motion (Doc. 16) and the decision of the Commissioner of Social Security denying Lett benefits is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g), *see Melkonyan v. Sullivan*, 501 U.S. 89, 111 S.Ct. 2157, 115 L.Ed.2d 78 (1991), for further proceedings not inconsistent with this decision. The remand pursuant to sentence four of § 405(g) makes Plaintiff a prevailing party for purposes of the Equal Access to Justice Act, 28 U.S.C. § 2412, *see Shalala v. Schaefer*, 509 U.S. 292, 112 S.Ct. 2625, 125 L.Ed.2d 239 (1993), and terminates this Court's jurisdiction over this matter.

**DONE** and **ORDERED** this the 27th day of April, 2022.

                                           s/P. Bradley Murray
                                     **UNITED STATES MAGISTRATE JUDGE**